IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Conner, Marcella | Case Number:  05 B 12335 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  4/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 29, 2007
Confirmed: May 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,730.00 | |
| Secured: | | 4,303.23 |
| Unsecured: | | 203.39 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 223.38 |
| Other Funds: | | 0.00 |
| Totals: | 4,730.00 | 4,730.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 6,465.00 | 4,303.23 |
| 4. | Capital One | Unsecured | 65.72 | 23.08 |
| 5. | Nationwide Acceptance Corp | Unsecured | 362.27 | 127.21 |
| 6. | Jefferson Capital | Unsecured | 151.21 | 53.10 |
| 7. | Household Bank FSB | Unsecured | | No Claim Filed |
| 8. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 9. | Merrick Bank | Unsecured | | No Claim Filed |
| | | | $ 7,044.20 | $ 4,506.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 32.25 |
| 5.5% | 106.42 |
| 5% | 21.50 |
| 4.8% | 51.60 |
| 5.4% | 11.61 |
| | $ 223.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Conner, Marcella | Case Number:  05 B 12335 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/15/08 | Filed:  4/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____